**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6040**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANTONIO SUAZO PINEDA, a/k/a Cocho, a/k/a Armando Arellano Valle, a/k/a Pedro Suazo Pineda, a/k/a Francisco Villa Torres,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:04-cr-00481-TSE-1)

─────────────

Submitted:  May 30, 2024                    Decided:  June 4, 2024

─────────────

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Antonio Suazo Pineda, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Suazo Pineda appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Pineda*, No. 1:04-cr-00481-TSE-1 (E.D. Va. Dec. 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*